# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA FISCHER, *an individual,*<br><br>Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS, PLC, *a foreign corporation;* AMERICAN AIRLINES, INC*., a Delaware corporation;* and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:25-cv-02104 FWS (JDEx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>*Action Filed:*    9/17/2025<br>*FAC Filed:*    11/05/2025<br><br><u>District Judge:</u> Hon. Fred W. Slaughter<br><u>Magistrate Judge:</u> Hon. John D. Early |

FOR GOOD CAUSE SHOWN, the Court hereby enters the parties' Stipulated Protective Order (Dkt. 25) as an Order of the Court.

DATED: April 15, 2026 _____

_____
JOHN D. EARLY
United States Magistrate Judge

**ORDER RE STIPULATED PROTECTIVE ORDER**